**OFFICE OF THE CHAPTER 13 TRUSTEE**
**LAUREN A. HELBLING, TRUSTEE**

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period January 01, 2024 through January 31, 2025

Case No: 24-15151-SKK                    Filed: December 20, 2024

Debtor:   DEJUAN KELKER
          9613 LAKESHORE BLVD

          CLEVELAND, OH  44108

Attorney: CHARLES TYLER                  Required Plan Payment:   $0.00 MONTHLY
          (  )  -

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 0.00 |
| Disbursements: | | |
| Principal | 0.00 | |
| Interest | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 0.00 | |
| | | 0.00 |
| Funds on Hand: | 0.00 | |
| | | 0.00 |

366                     001100000001090202000

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 799 | CHARLES TYLER | | Attorney Fees | .00 | .00 |
| | WELLS FARGO DEALER SVCS | 5094 | Secured | .00 | .00 |
| | FCI LENDER SERVICES INC | | Secured | .00 | .00 |
| | DOVENMUEHLE MORTGAGE | 1603 | Secured | .00 | .00 |
| | ANDREWS FEDERAL CREDIT UNION | | Secured | .00 | .00 |
| | GM FINANCIAL | 6370 | Secured | .00 | .00 |
| | MERCURY MASTERCARD | 4282 | Unsecured | .00 | .00 |
| | NAVY FEDERAL CREDIT UNION | 0039 | Unsecured | .00 | .00 |
| | NAVY FEDERAL CREDIT UNION | 0039 | Unsecured | .00 | .00 |
| | ONE MAIN FINANCIAL | 1704 | Unsecured | .00 | .00 |
| | RIVER VALLEY LOANS | 1629 | Unsecured | .00 | .00 |
| | ROCKET LOANS | 1949 | Unsecured | .00 | .00 |
| | TOAST CAPITAL | | Unsecured | .00 | .00 |
| | TORRO | | Unsecured | .00 | .00 |
| | WELLS FARGO BANK NA | 4236 | Unsecured | .00 | .00 |
| | WESTERN RESERVE COMMUNITY FUND | | Unsecured | .00 | .00 |
| | LENDUMO | | Unsecured | .00 | .00 |
| | LENDINGPOINT LLC | 3853 | Unsecured | .00 | .00 |
| | LENDINGCLUB CORP | 2449 | Unsecured | .00 | .00 |
| | FUNDWORKS | | Unsecured | .00 | .00 |
| | BUSINESS BACKER | 8484 | Unsecured | .00 | .00 |
| | BEST EGG | | Unsecured | .00 | .00 |
| | MANTIS FUNDING | | Unsecured | .00 | .00 |

Total Paid To Date: _____  _____

367                 001100000001090302000