**IT IS SO ORDERED.**

**Dated:  24 April, 2025 03:20 PM**

Suzana Krstevski Koch
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Dejuan Kelker | ) | Case No. 24-15151 |
| | xxx-xx-7145 | ) | Chapter 13 Proceedings |
| | Debtor. | ) | Judge Suzana Krstevski Koch |

## ORDER DISMISSING CASE AND RELEASING
## INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for consideration upon the Trustee's Motion to Dismiss Case ("Trustee's Motion"); any responses/objections filed have been withdrawn or overruled.

The Trustee's Motion is granted, and the case is hereby dismissed for the following reason(s):

The Debtor is in material default in funding the Plan, either pursuant to §§1307(c)(4) and 1326(a)(1)(A) of the Bankruptcy Code or pursuant to this Court's policies and procedures regarding Plan funding, which require the Debtor to be current in Plan funding at the time of confirmation.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, are hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

The Trustee is authorized to pay the Bankruptcy Court an amount equal to the amount of any unpaid filing fees.  Any payment made to the Bankruptcy Court for unpaid filing fees shall be paid from funds received either from or on behalf of the Debtor prior to the dismissal of this case and, in order to comply with Bankruptcy Rule 1006(b)(3) and any relevant statute(s), said distribution may be made before (and possibly to the detriment of) any other authorized but unpaid distributions and/or refunds.

The Trustee is also authorized to retain the administrative fee on funds received.


Order Prepared by:

 /S/ Lauren A. Helbling
 LAUREN A. HELBLING (#0038934)
 Chapter 13 Trustee
 200 Public Square, Suite 3860
 Cleveland OH 44114-2321
 Phone (216) 621-4268     Fax (216) 621-4806
 ch13trustee@ch13cleve.com


**SERVICE LIST**

Lauren A. Helbling, Chapter 13 Trustee
at (ch13trustee@ch13cleve.com)

Office of the U.S. Trustee
at (Registered address)@usdoj.gov

Charles Tyler, Attorney for Debtor
at (charles.tyler@tylerlawoffice.com)

Dejuan Kelker, Debtor
9613 Lakeshore Blvd.
Cleveland, OH 44108

All creditors and parties of interest


###